**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Clarence Smith<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9429<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–23362–JKS | |

# Order of Discharge                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Clarence Smith

2/6/19                                                **By the court:** John K. Sherwood
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-23362-JKS
Clarence Smith                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2             Date Rcvd: Feb 06, 2019
                         Form ID: 3180W           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2019.
```
db             +Clarence Smith,    628 McGillvray Place,    Linden, NJ 07036-1237
cr             +USAA Federal Savings Bank,    Weinstein & Riley, P.S.,    2001 Western Ave, Suite 400,
                 Seattle, WA 98121-3132
516912615      ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
               (address filed with court: Ditech Financial LLC,    332 Minnesota St Ste 610,
                 Saint Paul, MN 55101)
516912618      #PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2019 00:18:43      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2019 00:18:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516912613      +EDI: AMEREXPR.COM Feb 07 2019 04:38:00      Amex,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
516912614       EDI: CAPITALONE.COM Feb 07 2019 04:38:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
517184318      +E-mail/Text: bncmail@w-legal.com Feb 07 2019 00:18:53      Comenity Capital Bank/Paypal Credit,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
516968079       E-mail/Text: bankruptcy.bnc@ditech.com Feb 07 2019 00:18:05
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516912616       EDI: IRS.COM Feb 07 2019 04:38:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517112136       EDI: PRA.COM Feb 07 2019 04:38:00      Portfolio Recovery Associates, LLC,
                 c/o Rcs Direct Marketing/Orchard Bank,    POB 41067,    Norfolk VA 23541
516912620      +EDI: RMSC.COM Feb 07 2019 04:38:00      Syncb/care Credit,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
516917414      +EDI: RMSC.COM Feb 07 2019 04:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517108869      +EDI: RMSC.COM Feb 07 2019 04:38:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
516951930      +E-mail/Text: bncmail@w-legal.com Feb 07 2019 00:18:53      USAA Federal Savings Bank,
                 c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
517184339      +E-mail/Text: bncmail@w-legal.com Feb 07 2019 00:18:53      USAA Savings Bank,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516912621      +EDI: USAA.COM Feb 07 2019 04:38:00      Usaa Federal Savings Bank,    10750 Mcdermott,
                 San Antonio, TX 78288-1600
516912622       EDI: USAA.COM Feb 07 2019 04:38:00      Usaa Federal Savings Bank,    Po Box 47504,
                 San Antonio, TX 78265
516912623       EDI: USAA.COM Feb 07 2019 04:38:00      Usaa Savings Bank,    Po Box 47504,
                 San Antonio, TX 78265
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516912617      Jean Mari Virgida
516912619      Robert Manchel
                                                                                              TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2019                                           Signature:  /s/Joseph Speetjens

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Feb 06, 2019
                               Form ID: 3180W           Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2019 at the address(es) listed below:
            Charles H. Jeanfreau    on behalf of Creditor    USAA Federal Savings Bank Charlesj@w-legal.com,
             BNCmail@w-legal.com
            Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Marie-Ann  Greenberg    magecf@magtrustee.com
            Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
            Robert  Manchel    on behalf of Debtor Clarence  Smith manchellaw@yahoo.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```